**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:09cv205**

| | |
|---|---|
| **PRECISION LINKS INCORPORATED,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **TRUE VALUE COMPANY,** ) <br> ) <br> **Defendant.** ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Show Cause Order [Doc. 6], filed October 6, 2009.

On September 21, 2009, the Court entered an Order directing the Plaintiff to show good cause within ten (10) days for the failure to effect service on the Defendant True Value Company. [Doc. 5]. The Plaintiff now responds to the Court's Order and moves for an extension of time in which to serve the Defendant in this case. [Doc. 6].

For the reasons stated in the motion, the Court finds that the Plaintiff has stated good cause for its failure to serve the Defendant within 120 days of filing the Complaint. The Court, in its discretion, will allow the Plaintiff a brief extension of time in which to effect service on the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall have until **October 14, 2009** to effect service on the Defendant and to file proof of such service with the Court.

**IT IS SO ORDERED.**

Signed: October 7, 2009

Martin Reidinger
United States District Judge