# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv205

| | |
|---|---|
| **PRECISION LINKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **TRUE VALUE COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's motions for admission of attorneys Ryan James Fletcher and Kristine M. Boylan as counsel *pro hac vice*. [Docs. 12, 13].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motions [Docs. 12, 13] are **ALLOWED**, and Ryan James Fletcher and Kristine M. Boylan are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge